# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Matthew Green, Esquire (I.D. # 03228-2003)
Joshua Kaplan, Esquire (I.D. # 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: matthew.green@obermayer.com
       joshua.kaplan@obermayer.com
       *Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health*

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services<br><br>Defendant.<br><br>And<br><br>C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services,<br><br>Third Party Plaintiff,<br><br>v.<br><br>Phoenix Administrators, LLC d/b/a Performance Health,<br><br>Third Party Defendant | CIVIL ACTION<br><br><br><br>No.: 2:20-cv-01122-WJM-MF<br><br><br><br>**APPLICATION FOR EXTENSION TO FILE RESPONSIVE PLEADINGS PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 6.1(b) UNTIL AUGUST 21, 2020** |

4820-4507-0535

Defendant Phoenix Administrators, LLC d/b/a Performance Health, ("Phoenix"), by its undersigned counsel, hereby requests the entry of an Order extending the time Phoenix may plead to Third Plaintiff's Complaint, and in support says as follows:

1. Phoenix was served with a Third Party Complaint on July 17, 2020.

2. According to the Federal Rules of Civil Procedure, Phoenix' responsive pleading is due to be filed by August 7, 2020.

3. Phoenix seeks a 14-day extension pursuant to Local Rule of Civil Procedure 6.1(b), which would make the new extended deadline for filing responsive pleadings until August 21, 2020.

4. Phoenix has not requested or received any previous extensions of time to plead before this Court.

**WHEREFORE**, Phoenix requests that the Clerk enter the attached form of Order extending the time for Phoenix to file a responsive pleading to the Complaint until August 21, 2020.

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

/s/*Matthew Green*
Matthew Green, Esquire (I.D. # 03228-2003)
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: matthew.green@obermayer.com
*Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services<br><br>Defendant.<br><br>And<br><br>C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services,<br><br>Third Party Plaintiff,<br><br>v.<br><br>Phoenix Administrators, LLC d/b/a Performance Health,<br><br>Third Party Defendant | CIVIL ACTION<br><br><br><br>No.: 2:20-cv-01122-WJM-MF<br><br><br><br>**CLERK'S ORDER GRANTING PHOENIX ADMINISTRATORS, LLC D/B/A PERFORMANCE HEALTH'S APPLICATION FOR A 14-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT** |

Upon consideration of the Application for Extension of Time to File Responsive Pleadings Pursuant to Local Rule 6.1 filed on behalf of Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health:

3

4820-4507-0535

**IT IS HEREBY ORDERED** this \_\_\_\_ day of August 2020**,** that said Application is **GRANTED**, and Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health, is hereby granted an extension of time, until and including August 21, 2020, within which to file responsive pleadings with a full reservation of rights pursuant to Rule 6.1(b) of the Local Civil Rules of the United States District Court for the District of New Jersey.

_____

CLERK, U.S.D.C., District of New Jersey

4820-4507-0535

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services <br><br> Defendant. <br><br> And <br><br> C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services, <br><br> Third Party Plaintiff, <br><br> v. <br><br> Phoenix Administrators, LLC d/b/a Performance Health, <br><br> Third Party Defendant | CIVIL ACTION <br><br><br> No.: 2:20-cv-01122-WJM-MF <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on the date below I electronically filed this Application for Extension of Time to File Responsive Pleadings, pursuant to Local Rule of Civil Procedure 6.1(b), with the Clerk of Court and all counsel of record using the CM/ECF system.

<i>/s/ Matthew A. Green</i><br>
Matthew A. Green, Esq.

Dated: August 5, 2020

4820-4507-0535