## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Matthew Green, Esquire (I.D. # 03228-2003)
Joshua Kaplan, Esquire (I.D. # 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: matthew.green@obermayer.com
        joshua.kaplan@obermayer.com
        *Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health*

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services<br><br>Defendant.<br><br>And<br><br>C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Phoenix Administrators, LLC d/b/a Performance Health,<br><br>Third-Party Defendant | CIVIL ACTION<br><br><br>No.: 2:20-cv-01122-WJM-MF<br><br><br>**STIPULATION AND ORDER** |

4839-4760-8776

WHEREAS counsel for Phoenix Administrators, LLC d/b/a Performance Health, ("Phoenix") recently entered their appearance in this matter; and

WHEREAS Phoenix obtained an extension of time, to August 21, 2020, under Local Rule 6.1(b) to answer the Third-Party Complaint of C&A Benefits Group, LLC d/b/a C&A Benefits Group ("C&A"); and

WHEREAS Phoenix and its counsel require an additional extension of time in which to prepare a response to the Third-Party Complaint; and

WHEREAS C&A consents to the requested extension of time,

IT IS on this _____ day of August 2020, ORDERED that Phoenix shall have an additional fourteen (14) days, until September 4, 2020, to respond to C&A's Third-Party Complaint.

By the Court:

_____
, J.

Stipulated and agreed:

| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN |
|---|---|
| /s/ *Joshua B. Kaplan*<br>Matthew Green, Esquire (I.D. # 03228-2003)<br>Joshua B. Kaplan (I.D. # 21244-2016)<br>1120 Route 73, Suite 420<br>Mt. Laurel, NJ 08054-5108<br>Phone: (856) 795-3300<br>Email: matthew.green@obermayer.com | /s/ *Howard B. Mankoff*<br>Howard B. Mankoff, Esq. (021971981)<br>425 Eagle Rock Avenue, Suite 302<br>Roseland, NJ 07068<br>973-618-0685<br>hbmankoff@mdwcg.com<br>*Counsel for C&A Benefits Group, LLC d/b/a* |

2

4839-4760-8776

| joshua.kaplan@obermayer.com *Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health* | *C&A Benefits Group and Business Services* |
| --- | --- |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services<br><br>Defendant.<br><br>And<br><br>C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services,<br><br>Third Party Plaintiff,<br><br>v.<br><br>Phoenix Administrators, LLC d/b/a Performance Health,<br><br>Third Party Defendant | CIVIL ACTION<br><br><br>No.: 2:20-cv-01122-WJM-MF<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the date below I electronically filed this Stipulation and Proposed Order, with the Clerk of Court and caused it to be served on all counsel of record using the CM/ECF system.

/s/ *Joshua B. Kaplan*
Joshua B. Kaplan

Dated: August 19, 2020

4

4839-4760-8776