UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Matthew Green, Esquire (I.D. # 03228-2003)
Joshua Kaplan, Esquire (I.D. # 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: matthew.green@obermayer.com
       joshua.kaplan@obermayer.com
*Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health*

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc.<br><br>          Plaintiffs,<br><br>     v.<br><br>C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services<br><br>          Defendant.<br><br>And<br><br>C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services,<br><br>          Third Party Plaintiff,<br><br>     v.<br><br>Phoenix Administrators, LLC d/b/a Performance Health,<br><br>          Third Party Defendant | CIVIL ACTION<br><br><br><br><br><br><br>No.: 2:20-cv-01122-WJM-MF<br><br><br><br>**APPLICATION FOR EXTENSION TO FILE RESPONSIVE PLEADINGS PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 6.1 UNTIL NOVEMBER 12, 2020** |

4826-1826-2224

Defendant Phoenix Administrators, LLC d/b/a Performance Health, ("Phoenix"), by its undersigned counsel, hereby requests the entry of an Order extending the time Phoenix may plead to Plaintiffs' Counterclaim, and in support says as follows:

1. On October 8, 2020, Plaintiffs filed and served a counterclaim against Phoenix.

2. According to the Federal Rules of Civil Procedure, Phoenix's reply to the Counterclaim is due to be filed by October 29, 2020.

3. Phoenix seeks a 14-day extension pursuant to Local Rule of Civil Procedure 6.1(b), which would make the new extended deadline for filing responsive pleadings November 12, 2020.

4. Phoenix has requested and received a previous extension of time to answer a Third-Party Complaint filed by Defendant C&A Benefits Group.

**WHEREFORE**, Phoenix requests that the Clerk enter the attached form of Order extending the time for Phoenix to file a responsive pleading to the Plaintiffs' Counterclaim until November 12, 2020.

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

*/s/Joshua B. Kaplan*
Joshua B. Kaplan, Esq. (I.D. # 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: joshua.kaplan@obermayer.com
*Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health*

4826-1826-2224

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services <br><br> Defendant. <br><br> And <br><br> C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services, <br><br> Third Party Plaintiff, <br><br> v. <br><br> Phoenix Administrators, LLC d/b/a Performance Health, <br><br> Third Party Defendant | CIVIL ACTION <br><br><br> No.: 2:20-cv-01122-WJM-MF <br><br><br> **CLERK'S ORDER GRANTING PHOENIX ADMINISTRATORS, LLC D/B/A PERFORMANCE HEALTH'S APPLICATION FOR A 14-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COUNTERCLAIM** |

Upon consideration of the Application for Extension of Time to File Responsive Pleadings Pursuant to Local Rule 6.1 filed on behalf of Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health:

3

**IT IS HEREBY ORDERED** this _____ day of October 2020, that said Application is **GRANTED**, and Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health, is hereby granted an extension of time, until and including November 12, 2020, within which to file responsive pleadings with a full reservation of rights pursuant to Rule 6.1(b) of the Local Civil Rules of the United States District Court for the District of New Jersey.

_____
CLERK

4826-1826-2224

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services <br><br> Defendant. <br><br> And <br><br> C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services, <br><br> Third Party Plaintiff, <br><br> v. <br><br> Phoenix Administrators, LLC d/b/a Performance Health, <br><br> Third Party Defendant | CIVIL ACTION <br><br> No.: 2:20-cv-01122-WJM-MF <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on the date below I electronically filed this Application for Extension of Time to File Responsive Pleadings, pursuant to Local Rule of Civil Procedure 6.1(b), with the Clerk of Court and all counsel of record using the CM/ECF system.

                                                       */s/ Joshua Kaplan* <br>
                                                       Joshua Kaplan, Esq.

Dated: October 28, 2020

4826-1826-2224