## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Matthew Green, Esquire (I.D. # 03228-2003)
Joshua Kaplan, Esquire (I.D. # 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: matthew.green@obermayer.com
        joshua.kaplan@obermayer.com
*Counsel for Third Party Defendant, Phoenix Administrators, LLC d/b/a Performance Health*

| | |
|---|---|
| Solomon Schechter Day School of Berger County and Sinai Special Needs Institute, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> C&A Benefits Group LLC d/b/a C&A Benefits Group and Business Services <br><br> Defendant. <br><br> And <br><br> C&A Benefits Group, LLC d/b/a C&A Benefits Group and Business Services, <br><br> Third Party Plaintiff, <br><br> v. <br><br> Phoenix Administrators, LLC d/b/a Performance Health, <br><br> Third Party Defendant | CIVIL ACTION <br><br><br> No.: 2:20-cv-01122-WJM-MF <br><br><br> **JOINT STIPULATED ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COUNTERCLAIMS** |

4843-1042-0177

It is hereby stipulated and agreed by and between Plaintiffs and Third-Party

Defendant Phoenix Administrators, LLC d/b/a Performance Health, ("Phoenix"), that

the time in which Phoenix may respond to Plaintiffs' Counterclaims is extended from

November 12, 2020, to and including December 3, 2020.

Phoenix previously received a single extension to respond to Plaintiffs'

Counterclaims under Local Civil Rule 6.1.

By:

/s/ Joshua B. Kaplan
Joshua B. Kaplan
Obermayer Rebmann Maxwell &
Hippel LLP
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054-5108
Phone: (856) 795-3300
Email: joshua.kaplan@obermayer.com
*Counsel for Third-Party Defendants*
*Phoenix Administrators, LLC d/b/a*
*Performance Health*

/s/ David N. Cinotti
Samuel J. Samaro
David N. Cinotti
PASHMAN STEIN WALDER
HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
201 488-8200
*Attorneys for Plaintiffs*

Dated: November 9, 2020

IT IS SO ORDERED THIS _____ DAY OF NOVEMBER, 2020

WILLIAM J. MARTINI, U.S.D.J.

2