# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 20-cr-80 |
| v. | |
| **CHRISTOPHER MONTALVO-FLORES.** | **ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

      This matter comes before the Court on defendant Christopher Montalvo-Flores's ("Defendant") omnibus motion (the "Motion") to suppress and compel discovery. ECF No. 21. For the reasons set forth in the accompanying Opinion, **IT IS** on this 22nd day of April 2021, hereby **ORDERED** as follows:

- Defendant's Motion is **DENIED**.


                                    */s/ William J. Martini*
                                    **WILLIAM J. MARTINI, U.S.D.J.**